PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Respondent, *v.* GARCIA SUGARS CORPORATION, Defendant, and NATIONAL SUGAR REFINING COMPANY et al., Appellants.

Argued March 10, 1941; decided April 17, 1941.

*Samuel B. Stewart, Jr., Clinton H. Blake, George E. Diethelm* and *H. Beach Carpenter* for appellants.

*Joseph M. Proskauer, Sam L. Cohen, Alfred W. Bressler* and *Henry Schneider* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.